**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
|---|---|---|
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 22nd day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A[4]

4:04-cv-01479-BRW Winston, et al v. Wyeth Inc, et al
4:04-cv-01713-BRW Partin, et al v. Wyeth Inc, et al
4:04-cv-01731-BRW Richmond v. Wyeth Inc, et al
4:04-cv-01734-BRW Hollander v. Wyeth Inc, et al
4:04-cv-01814-BRW Messer, et al v. Wyeth Inc, et al

4:04-cv-01824-BRW Halopoff v. Wyeth Inc, et al
4:04-cv-01829-BRW Willing v. Wyeth Inc, et al
4:04-cv-01853-BRW Northcutt v. Wyeth Inc, et al
4:04-cv-01911-BRW Hinchcliffe v. Wyeth Inc, et al
4:04-cv-01955-BRW Fluker, et al v. Wyeth Inc, et al

4:04-cv-01958-BRW Seabolt v. Wyeth Inc, et al
4:05-cv-00967-BRW Sah et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00972-BRW Bossi et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01153-BRW McLellan et al v. Wyeth Inc et al
4:05-cv-01156-BRW Davis v. Wyeth Inc et al

4:05-cv-01159-BRW Harrigan v. Wyeth Inc et al
4:05-cv-01424-BRW Alkire et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01486-BRW Henry v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01488-BRW Zexter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01679-BRW Hutchinson et al v. Wyeth et al

4:05-cv-01797-BRW Cox et al v. Wyeth et al
4:06-cv-00080-BRW Dressel v. Wyeth et al
4:06-cv-00124-BRW Crawford v. Wyeth Inc et al
4:06-cv-00163-BRW Powers v. Wyeth et al
4:06-cv-00183-BRW Harper et al v. Wyeth et al

4:06-cv-00426-BRW Williams v. Wyeth Inc et al
4:06-cv-00530-BRW Salkin v. Wyeth Inc et al
4:06-cv-00554-BRW Reinhart v. Wyeth Inc et al
4:06-cv-00565-BRW Lopez et al v. Wyeth et al
4:06-cv-00588-BRW Childress v. Wyeth Inc et al

4:06-cv-00593-BRW Stone v. Wyeth Inc et al
4:06-cv-00597-BRW Cotton v. Wyeth Inc et al
4:06-cv-00598-BRW Brink v. Wyeth Inc et al
4:06-cv-00687-BRW Nichols v. Wyeth et al
4:06-cv-00870-BRW Jaggie v. Wyeth et al

---

[4]The 2010 cases originally were filed in 2004, but were severed from the earlier filed cases.

4:06-cv-00884-BRW Watts v. Wyeth et al
4:06-cv-00893-BRW Williams v. Wyeth et al
4:06-cv-00900-BRW Hare v. Wyeth et al
4:06-cv-01091-BRW Merkel v. Wyeth et al
4:06-cv-01170-BRW Decker v. Wyeth et al

4:06-cv-01177-BRW Mitchell v. Wyeth et al
4:06-cv-01215-BRW Johnston et al v. Wyeth et al
4:06-cv-01256-BRW Webb v. Wyeth et al
4:06-cv-01306-BRW Wicht v. Wyeth et al
4:06-cv-01307-BRW Parker v. Wyeth et al

4:06-cv-01308-BRW Tolleson v. Wyeth et al
4:06-cv-01309-BRW Jarvis v. Wyeth et al
4:06-cv-01310-BRW Williams v. Wyeth et al
4:06-cv-01311-BRW Durham v. Wyeth et al
4:06-cv-01312-BRW Downes v. Wyeth et al

4:06-cv-01332-BRW Meyer v. Wyeth et al
4:06-cv-01333-BRW Williams v. Wyeth et al
4:06-cv-01341-BRW Lester v. Wyeth et al
4:06-cv-01342-BRW Beane v. Wyeth et al
4:06-cv-01349-BRW Klein v. Wyeth et al

4:06-cv-01379-BRW Gist v. Wyeth et al
4:06-cv-01386-BRW Woody v. Wyeth et al
4:06-cv-01388-BRW Sgroe v. Wyeth et al
4:06-cv-01390-BRW Fish v. Wyeth Inc et al
4:06-cv-01394-BRW Knight v. Wyeth et al

4:06-cv-01397-BRW Green v. Wyeth et al
4:06-cv-01402-BRW Wilson v. Wyeth et al
4:06-cv-01423-BRW Staton v. Wyeth et al
4:06-cv-01428-BRW Stewart v. Wyeth et al
4:06-cv-01435-BRW Bond v. Wyeth et al

4:06-cv-01437-BRW Growden v. Wyeth et al
4:06-cv-01441-BRW Kirkland v. Wyeth et al
4:06-cv-01444-BRW Johnson v. Wyeth et al
4:06-cv-01445-BRW Middleton v. Wyeth et al
4:06-cv-01446-BRW Anderson v. Wyeth et al

4:06-cv-01447-BRW Vanatta v. Wyeth et al
4:06-cv-01449-BRW Pacheco v. Wyeth et al
4:06-cv-01451-BRW Totaro v. Wyeth et al
4:06-cv-01456-BRW D'Agostino v. Wyeth et al
4:06-cv-01457-BRW Straessle v. Wyeth et al

4:06-cv-01459-BRW Huff v. Wyeth et al
4:06-cv-01476-BRW Thomas v. Wyeth et al
4:06-cv-01477-BRW Marino v. Wyeth et al
4:06-cv-01478-BRW Frazier v. Wyeth et al
4:06-cv-01479-BRW Cameron v. Wyeth et al

4:06-cv-01522-BRW Bliss v. Wyeth et al
4:06-cv-01548-BRW Lyles v. Wyeth et al
4:06-cv-01567-BRW Ward v. Wyeth et al
4:06-cv-01568-BRW Person v. Wyeth et al
4:06-cv-01569-BRW Paradise v. Wyeth et al

4:06-cv-01575-BRW Edge v. Wyeth et al
4:06-cv-01593-BRW Dunn v. Wyeth et al
4:06-cv-01649-BRW Ferretti v. Wyeth et al
4:06-cv-01663-BRW Riese v. Wyeth Inc et al
4:06-cv-01667-BRW Fishback et al v. Wyeth Inc et al

4:06-cv-01677-BRW Hipkins v. Wyeth et al
4:06-cv-01692-BRW Bechtel v. Wyeth et al
4:06-cv-01694-BRW Miller v. Wyeth et al
4:07-cv-00134-BRW Moses v. Wyeth et al
4:07-cv-00218-BRW Sams v. Wyeth et al

4:07-cv-00297-BRW Crowley v. Wyeth et al
4:07-cv-00599-BRW McKinney v. Wyeth et al
4:07-cv-00622-BRW Harvill et al v. Wyeth et al
4:07-cv-00729-BRW Watson v. Wyeth Inc et al
4:07-cv-01131-BRW Acevedo et al v. Wyeth et al

4:07-cv-01143-BRW Gordon v. Wyeth et al
4:07-cv-01209-BRW Gostonczik et al v. Wyeth Inc et al
4:08-cv-00033-BRW Chaffee et al v. Wyeth Inc et al
4:08-cv-00034-BRW Coreschi et al v. Wyeth et al
4:08-cv-00041-BRW Kirkland v. Bristol Myers Squibb Company

4:08-cv-00123-BRW Waldo v. Wyeth et al
4:08-cv-00147-BRW Kleven et al v. Wyeth Inc et al
4:08-cv-00530-BRW Evenstad-Roseland v. Wyeth Inc et al
4:08-cv-00624-BRW Miiller et al v. Wyeth et al
4:08-cv-00648-BRW Dent et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-01193-BRW Polk v. Wyeth et al
4:08-cv-01419-BRW Johnston v. Wyeth Inc et al
4:08-cv-01421-BRW Brown v. Wyeth Inc et al
4:08-cv-01423-BRW Kehm v. Wyeth Inc et al
4:08-cv-01451-BRW Lieser v. Wyeth et al

4:08-cv-01500-BRW Bell et al v. Wyeth Inc et al
4:08-cv-01547-BRW Neuendorff v. Wyeth
4:08-cv-01549-BRW Patrow v. Wyeth et al
4:08-cv-01550-BRW Seckler v. Wyeth et al
4:08-cv-01679-BRW Angle v. Wyeth Inc et al

4:08-cv-01680-BRW Baer v. Wyeth Inc et al
4:08-cv-01681-BRW Sosovicka v. Wyeth Inc et al
4:08-cv-01767-BRW Bradberry et al v. Wyeth Inc et al
4:08-cv-01768-BRW Clark et al v. Wyeth Inc et al
4:08-cv-01769-BRW Smock et al v. Wyeth Inc et al

4:08-cv-01770-BRW Dubich v. Wyeth et al
4:08-cv-01771-BRW Bank et al v. Wyeth Inc et al
4:08-cv-01772-BRW Kaatz v. Wyeth Inc et al
4:08-cv-01773-BRW Gillings et al v. Wyeth Inc et al
4:08-cv-01774-BRW Lenzmeier v. Wyeth Inc et al

4:08-cv-01775-BRW McCaughey et al v. Wyeth Inc al
4:08-cv-01776-BRW Murren et al v. Wyeth Inc et al
4:08-cv-01777-BRW Ancha et al v. Wyeth Inc et al
4:08-cv-01780-BRW Russ-Stalls v. Wyeth Inc et al
4:08-cv-01782-BRW Bartlett v. Wyeth Inc et al

4:08-cv-01784-BRW Cusack et al v. Wyeth Inc et al
4:08-cv-01785-BRW Kirby et al v. Wyeth Inc et al
4:08-cv-01786-BRW Newmark v. Wyeth Inc et al
4:08-cv-01787-BRW Pesock v. Wyeth Inc et al
4:08-cv-01788-BRW Rick et al v. Wyeth Inc et al

4:08-cv-01789-BRW Rappold et al v. Wyeth et al
4:08-cv-01794-BRW Schroeder v. Wyeth Inc et al
4:08-cv-01795-BRW Poulin et al v. Wyeth Inc et al
4:08-cv-01796-BRW McClelland et al v. Wyeth Inc et al
4:08-cv-01797-BRW Uglem v. Wyeth Inc et al

4:08-cv-01799-BRW Pickles et al v. Wyeth Inc et al
4:08-cv-01800-BRW Greinert et al v. Wyeth Inc et al
4:08-cv-01801-BRW Adamson et al v. Wyeth Inc et al
4:08-cv-01804-BRW Seeley et al vs. Wyeth Inc et al
4:08-cv-01805-BRW Talarico et al v. Wyeth Inc et al

4:08-cv-01806-BRW Zitzow et al v. Wyeth Inc et al
4:08-cv-01808-BRW Jensen et al v. Wyeth Inc et al
4:08-cv-01809-BRW Wayerski et al v. Wyeth Inc et al
4:08-cv-01810-BRW Wilmot et al v. Wyeth Inc
4:08-cv-01812-BRW Vargas et al v. Wyeth Inc et al

4:08-cv-01814-BRW Eshleman et al v. Wyeth Inc et al
4:08-cv-01849-BRW Zepher v. Bristol Myers Squibb Company
4:08-cv-01854-BRW Buch et al v. Wyeth Inc et al
4:08-cv-01869-BRW Baker v. Wyeth Inc et al
4:08-cv-01872-BRW Hummel v. Wyeth Inc et al

4:08-cv-01887-BRW McPherson v. Wyeth Inc et al
4:08-cv-01888-BRW Evans v. Wyeth Inc et al
4:08-cv-01889-BRW Kirchhoff v. Wyeth et al
4:08-cv-01893-BRW Merrick v. Wyeth Inc et al
4:08-cv-01896-BRW Doyle v. Wyeth et al

4:08-cv-01897-BRW Miller v. Wyeth Inc et al
4:08-cv-01899-BRW Mills v. Wyeth Inc et al
4:08-cv-01900-BRW Barbour v. Wyeth Inc et al
4:08-cv-01902-BRW Numainville-Chambers v. Wyeth Inc et al
4:08-cv-01905-BRW Bayer v. Wyeth Inc et al

4:08-cv-01911-BRW Crawford et al v. Wyeth Inc et al
4:08-cv-02312-BRW Cowan v. Wyeth et al
4:08-cv-02385-BRW Broskey v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02401-BRW Wert et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02411-BRW Humphreys et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02412-BRW Rosenzweig et al v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02430-BRW Richter v. Wyeth et al
4:08-cv-02443-BRW Horsfall v. Wyeth et al
4:08-cv-02448-BRW Skinn v. Wyeth et al
4:08-cv-02454-BRW Steenbock et al v. Wyeth et al

4:08-cv-02472-BRW Wilson v. Wyeth Inc et al
4:08-cv-02570-BRW Coleman et al v. Wyeth et al
4:08-cv-02574-BRW Keedy et al v. Wyeth et al
4:08-cv-02580-BRW Rembold v. Wyeth et al
4:08-cv-02584-BRW DeBrower v. Wyeth et al

4:08-cv-02589-BRW Davis v. Wyeth et al
4:08-cv-02660-BRW Brown v. Wyeth Inc et al
4:08-cv-02668-BRW Edwards et al v. Wyeth et al
4:08-cv-02673-BRW Beecham v. Wyeth Inc et al
4:08-cv-02675-BRW Handy v. Wyeth Inc et al

4:08-cv-02676-BRW Manning v. Wyeth Inc et al
4:08-cv-02677-BRW Miles et al v. Wyeth Inc et al
4:08-cv-02680-BRW Hayes v. Wyeth Inc et al
4:08-cv-02687-BRW Hacke et al v. Wyeth et al
4:08-cv-02690-BRW Davis v. Wyeth Inc et al

4:08-cv-02692-BRW Kahl et al v. Wyeth et al
4:08-cv-02698-BRW Latorra et al v. Wyeth et al
4:08-cv-02699-BRW Rockstad et al v. Wyeth et al
4:08-cv-02702-BRW Storm et al v. Wyeth et al
4:08-cv-02703-BRW Vent et al v. Wyeth et al

4:08-cv-02704-BRW Gorder et al v. Wyeth et al
4:08-cv-02707-BRW Savage-Harrington et al v. Wyeth et al
4:08-cv-02740-BRW Fox v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02742-BRW Gay et al v. Wyeth et al
4:08-cv-02755-BRW Dobson v. Wyeth et al

4:08-cv-02759-BRW Thompson et al v. Wyeth et al
4:08-cv-02767-BRW Moles v. Wyeth Pharmaceuticals Inc et al
4:08-cv-02791-BRW Stine v. Wyeth et al
4:08-cv-02792-BRW Mischke v. Wyeth et al
4:08-cv-02793-BRW Bierdeman et al v. Wyeth

4:08-cv-02794-BRW Wulff et al v. Wyeth
4:08-cv-02795-BRW Olson et al v. Wyeth et al
4:08-cv-02810-BRW Oliver et al v. Wyeth et al
4:08-cv-03125-BRW Clark v. Wyeth et al
4:08-cv-03154-BRW Clough v. Wyeth et al

4:08-cv-03155-BRW Dehne et al v. Wyeth et al
4:08-cv-03176-BRW Rinehimer v. Wyeth et al
4:08-cv-03209-BRW Berendt v. Wyeth et al
4:08-cv-03212-BRW Lepp v. Wyeth et al
4:08-cv-03227-BRW Ryan v. Wyeth et al

4:08-cv-03230-BRW Schulz v. Wyeth et al
4:08-cv-03290-BRW Serrano v. Wyeth et al
4:08-cv-03368-BRW Boehnlein v. Wyeth et al
4:08-cv-03378-BRW Nelson v. Wyeth et al
4:08-cv-03393-BRW Seidel v. Wyeth et al

4:08-cv-03397-BRW Docherty v. Wyeth et al
4:08-cv-03399-BRW Acosta v. Wyeth et al
4:08-cv-03502-BRW Wimberly v. Wyeth et al
4:08-cv-03531-BRW Taron et al v. Wyeth et al
4:08-cv-03533-BRW England et al v. Wyeth et al

4:08-cv-03818-BRW Jaegers v. Wyeth Inc et al
4:08-cv-03822-BRW Dennis v. Bristol-Myers Squibb Company et al
4:08-cv-03823-BRW Dalton v. Wyeth Inc et al
4:08-cv-03828-BRW Bonomi v. Wyeth Inc et al
4:08-cv-04118-BRW Donovan et al v. Wyeth et al

4:08-cv-04124-BRW Bell v. Wyeth et al
4:09-cv-00178-BRW Coziahr v. Wyeth Pharmaceuticals Inc
4:09-cv-00180-BRW Stroud et al v. Wyeth Inc et al
4:09-cv-00207-BRW Smith v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00209-BRW Kopinski v. Wyeth Pharmaceuticals Inc et al

4:09-cv-00258-BRW Breese v. Wyeth Pharmaceuticals Inc et al
4:09-cv-00260-BRW Raspa v. Wyeth Inc et al
4:09-cv-00271-BRW Turner et al v. Wyeth et al
4:09-cv-00690-BRW Schwartz v Wyeth Inc et al
4:09-cv-00710-BRW McClary et al v. Wyeth Inc et al

4:09-cv-00711-BRW Castiglione v. Wyeth Inc et al
4:09-cv-00762-BRW Rench et al v. Wyeth Inc et al
4:09-cv-00772-BRW Nelson et al v. Wyeth et al
4:09-cv-00841-BRW Coon et al v. Wyeth
4:09-cv-00842-BRW Hendrickson v. Wyeth Inc et al

4:09-cv-00844-BRW Skurow et al v. Wyeth et al
4:09-cv-00848-BRW Helmick v. Wyeth Inc
4:10-cv-00413-BRW Monroe v. Wyeth LLC et al
4:10-cv-00449-BRW Behning v. Wyeth LLC et al
4:10-cv-00575-BRW Pierson v. Wyeth LLC et al

4:10-cv-00576-BRW Miller v. Wyeth LLC et al
4:10-cv-00583-BRW Way v. Wyeth LLC et al
4:10-cv-00584-BRW Wyatt v. Wyeth LLC et al
4:10-cv-00585-BRW Shaw v. Wyeth LLC et al
4:10-cv-00594-BRW Nichols et al v. Wyeth LLC et al

4:10-cv-00689-BRW Campbell v. Wyeth LLC
4:10-cv-00690-BRW Billingsley v. Wyeth LLC
4:10-cv-00691-BRW Matthews et al v. Wyeth LLC
4:10-cv-00734-BRW Ostroff v. Wyeth LLC et al
4:10-cv-00735-BRW Horton v. Wyeth LLC et al

4:10-cv-00736-BRW Maddox v. Wyeth LLC et al
4:10-cv-00737-BRW Laws v. Wyeth LLC et al
4:10-cv-00738-BRW Culver et al v. Wyeth LLC
4:10-cv-00739-BRW Pruitt v. Wyeth LLC
4:10-cv-00740-BRW Rodgers et al v. Wyeth LLC et al

4:10-cv-00741-BRW Rhodes v. Wyeth LLC et al
4:10-cv-00742-BRW Scott v. Wyeth LLC et al
4:10-cv-00743-BRW Moore v. Wyeth LLC
4:10-cv-00745-BRW Ramsey v. Wyeth LLC et al
4:10-cv-00758-BRW Dula v. Wyeth LLC

4:10-cv-00788-BRW Meyer v. Wyeth LLC et al
4:10-cv-00810-BRW Gonzalez v. Wyeth LLC et al
4:10-cv-00819-BRW Eden v. Wyeth LLC et al
4:10-cv-00900-BRW Downey v. Wyeth LLC et al
4:10-cv-00934-BRW Weiss v. Wyeth LLC et al

4:10-cv-00936-BRW Cartwright v. Wyeth LLC et al
4:10-cv-00940-BRW Tibbs v. Wyeth LLC et al
4:10-cv-00949-BRW Martinez v. Wyeth LLC et al
4:10-cv-00953-BRW Rodgers v. Wyeth LLC
4:10-cv-00961-BRW Bishop v. Wyeth LLC

4:10-cv-01007-BRW Weaver v. Wyeth LLC et al
4:10-cv-01016-BRW Powell v. Wyeth LLC et al
4:10-cv-01053-BRW Teaster v. Wyeth LLC
4:10-cv-01065-BRW Guillett v. Wyeth LLC et al
4:10-cv-01066-BRW Sprowles v. Wyeth LLC et al

4:10-cv-01067-BRW Garza v. Wyeth LLC et al
4:10-cv-01068-BRW Guzman v. Wyeth LLC et al
4:10-cv-01070-BRW Fries v. Wyeth LLC et al
4:10-cv-01075-BRW Goode v. Wyeth LLC et al
4:10-cv-01136-BRW Strickland v Wyeth LLC

4:10-cv-01209-BRW Mann v. Wyeth LLC
4:10-cv-01263-BRW Bohanan v. Wyeth LLC
4:10-cv-01274-BRW Benton v. Wyeth LLC et al
4:10-cv-01358-BRW Moreno v. Wyeth LLC
4:10-cv-01359-BRW Mattson v. Wyeth LLC et al

4:10-cv-01361-BRW Zeney v. Wyeth LLC et al
4:10-cv-01362-BRW Vandervoort v. Wyeth LLC et al
4:10-cv-01431-BRW Booker v. Wyeth Inc et al
4:10-cv-01432-BRW Hardin v. Wyeth et al
4:10-cv-01433-BRW Wilson v. Wyeth Inc et al

4:10-cv-01434-BRW Anderson v. Wyeth Inc et al
4:10-cv-01435-BRW Jackson v. Wyeth Inc et al
4:10-cv-01436-BRW Tucker v. Wyeth Inc et al
4:10-cv-01437-BRW Gary v. Wyeth Inc et al
4:11-cv-00085-BRW Doolittle v. Wyeth